IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CAMERON HUNTER-LOFTIN**  **PETITIONER**
*Reg #42482-074*

v.   CASE NO. 2:22-CV-00185-BSM

**DEWAYNE HENDRIX,**
Warden, FCI-Forrest City,   **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE